**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>  Claudia Gregory<br><br>    Debtor(s) | Case No. 13 B 28418 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/16/2013.

2) The plan was confirmed on 09/30/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/10/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/03/2013, 04/17/2014.

5) The case was Dismissed on 05/19/2014.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,400.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,400.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,513.91 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $107.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,621.61

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accounts Receivable Management | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 450.00 | 3,459.00 | 3,459.00 | 0.00 | 0.00 |
| American Collections & Credit | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| America's Finance | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans | Unsecured | 3,106.00 | NA | NA | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| Asset Recovery Solutions | Unsecured | 2,385.00 | NA | NA | 0.00 | 0.00 |
| Asset Recovery Solutions | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Atlantic Credit Finance SPEC | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Certified Services, Inc. | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CheckNGO | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,000.00 | 321.40 | 321.40 | 0.00 | 0.00 |
| CMG Group, LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial SVCS IN | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial SVCS IN | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 500.00 | 634.58 | 634.58 | 0.00 | 0.00 |
| Creditors Discount & A | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co. | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 13,008.00 | 12,864.77 | 12,864.77 | 0.00 | 0.00 |
| Enhanced Recovery Corp. | Unsecured | 1,483.00 | NA | NA | 0.00 | 0.00 |
| Everest Cash Advance | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services | Unsecured | 1,142.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Funding | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| IL DEPT OF Human SVCS | Unsecured | 1,142.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 547.00 | 1,976.46 | 1,976.46 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 208.31 | 208.31 | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 568.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 749.00 | 746.00 | 746.00 | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 909.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Medical Groups | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC by AIS Data Services | Secured | 17,564.00 | 15,075.00 | 15,075.00 | 475.29 | 303.10 |
| NCEP LLC by AIS Data Services | Unsecured | NA | 4,307.38 | 4,307.38 | 0.00 | 0.00 |
| NW Collector | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| Opportunity Financial | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Partnership Concepts Realty Management | Unsecured | NA | 2,068.88 | 2,068.88 | 0.00 | 0.00 |
| PLS Loan Store | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery & Affil. | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| Professional Placement Svcs. | Unsecured | 1,552.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance | Unsecured | 11,171.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 521.42 | 521.42 | 0.00 | 0.00 |
| Resurrection Medical Group | Unsecured | 683.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 5,490.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 4,523.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc. | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| TCF National BANK IL | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur | Unsecured | 1,106.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Bensenville | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| York Brook Apartments | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,075.00 | $475.29 | $303.10 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,075.00** | **$475.29** | **$303.10** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,722.46 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,722.46** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,385.74** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,621.61 |
| Disbursements to Creditors | $778.39 |
| **TOTAL DISBURSEMENTS :** | **$2,400.00** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/14/2014                                By: /s/ Marilyn O. Marshall
                                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**